1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

JOSE GARCIA PLEYTES,

                        Plaintiff,

       v.

UNITED STATES OF AMERICA,

                        Defendant.

Case No. 2:24-cv-01451-JHC

ORDER GRANTING UNITED STATES'
UNOPPOSED MOTION TO EXTEND
DEADLINE

14

15

16

17

18

      The Court, having reviewed Defendant's motion, Dkt. # 13, hereby ORDERS that Defendant's Unopposed Motion to Extend Deadline is GRANTED. Defendant's deadline to reply to Plaintiff's response is extended to January 24, 2025. The Court DIRECTS the Clerk to re-note the motion at Dkt. # 7 for January 25, 2025.

19

      DATED this 21st day of January, 2025.

20

21

22

_____
JOHN H. CHUN
United States District Judge

23

24

ORDER GRANTING UNITED STATES'
UNOPPOSED MOTION TO EXTEND DEADLINE
[Case No. 2:24-cv-01451-JHC - 1