# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSE GARCIA PLEYTES, | Case No. 2:24-cv-01451-JHC |
| Plaintiff, | STIPULATED MOTION TO EXTEND DEFENDANT'S REPLY DATE & ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties have made progress towards a possible resolution of this matter and believe their efforts are best focused towards that end. Thus, the parties agree and stipulate to renote Defendant's Motion to Change Venue for February 7, 2025, and extend the date for Defendant to file its reply in support of that motion until February 7, 2025. The parties believe there is good cause for this minor delay and that it will save judicial resources should Defendant's motion be mooted.

//

//

STIPULATED MOTION FOR EXTENTION OF TIME
& ORDER
[Case No. 2:24-cv-01451-JHC] - 1

DATED this 23rd day of January, 2025.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: nickolas.bohl@usdoj.gov

*Attorneys for United States of America*

I certify that this memorandum contains 81 words, in compliance with the Local Civil Rules.

NORTHWEST IMMIGRANT RIGHTS PROJECT

*s/ Aaron Korthuis*
AARON KORTHUIS, WSBA No. 53974

*s/ Glenda Aldana Madrid*
GLENDA ALDANA MADRID, WSBA No. 46787

*s/ Leila Kang*
LEILA KANG, WSBA No. 48048615

*s/ Matt Adams*
MATT ADAMS, WSBA No. 28287
Second Avenue, Suite 400
Seattle, Washington 98104
Phone: 206-957-8611
Email: aaron@nwirp.org
       glenda@nwirp.org
       leila@nwirp.org
       matt@nwirp.org

*Attorneys for Plaintiff*

**ORDER**

It is so **ORDERED**. The Court DIRECTS the Clerk to re-note the motion at Dkt. # 7 for February 7, 2025.

DATED this 23rd day of January, 2025.

                                        John H. Chun
                                        United States District Judge