UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE GARCIA PLEYTES,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 2:24-cv-01451-JHC<br><br>ORDER |

Before the Court is the parties' Stipulated Motion to Extend Defendant's Reply Date.[1] Dkt. # 17. The Court GRANTS the motion. The reply in support of the motion to change venue, Dkt. # 7, is now due by February 21, 2025. The Court DIRECTS the Clerk to re-note that motion for the same date. The Court is not inclined to grant any further extensions of the reply deadline or noting date.

/

---

[1] The parties did not email the Court a Word version of the proposed order in accordance with Electronic Filing Procedures for Civil and Criminal Cases W.D. Wash. III.M. The parties are reminded to comply with this procedure.

ORDER
[Case No. 2:24-cv-01451-JHC] - 1

DATED this 7th day of February, 2025.

                           _____
                           John H. Chun
                           United States District Judge