UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE GARCIA PLEYTES,

                     Plaintiff,

    v.

UNITED STATES OF AMERICA,

                     Defendant.

Case No. 2:24-cv-01451-JHC

STIPULATED MOTION AND ORDER FOR STAY

Noted for Consideration:
February 26, 2025

      The parties stipulate and agree to a brief stay or extension of all dates in order to facilitate efforts to resolve this case for any time after April 25, 2025. The parties have reached an agreement to settle this matter.  The parties intend to file a joint notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

//

STIPULATED MOTION AND ORDER FOR STAY
[Case No. 2:24-cv-01451-JHC] - 1

1    DATED this 26th day of February, 2025.

2                                             Respectfully submitted,

3                                             TEAL LUTHY MILLER
                                              Acting United States Attorney
4
                                              *s/ Nickolas Bohl*
5                                             NICKOLAS BOHL, WSBA No. 48978
                                              Assistant United States Attorney
6                                             United States Attorney's Office
                                              Western District of Washington
7                                             700 Stewart Street, Suite 5220,
                                              Seattle, Washington 98101-1271
8                                             Phone: 206-553-7970
                                              Fax:    206-553-4073
9                                             Email: nickolas.bohl@usdoj.gov

10                                            *Attorneys for United States of America*

11                                            I certify that this memorandum contains 58 words, in
                                              compliance with the Local Civil Rules.
12

13                                            NORTHWEST IMMIGRANT RIGHTS PROJECT

14                                            *s/ Aaron Korthuis*
                                              AARON KORTHUIS, WSBA No. 53974
15
                                              *s/ Glenda Aldana Madrid*
16                                            GLENDA ALDANA MADRID, WSBA No. 46787

17                                            *s/ Leila Kang*
                                              LEILA KANG, WSBA No. 48048615
18
                                              *s/ Matt Adams*
19                                            MATT ADAMS, WSBA No. 28287
                                              Second Avenue, Suite 400
20                                            Seattle, WA 98104
                                              Phone: 206-957-8611
21                                            Email: aaron@nwirp.org
                                                     glenda@nwirp.org
22                                                   leila@nwirp.org
                                                     matt@nwirp.org
23
                                              *Attorneys for Plaintiff*
24

STIPULATED MOTION AND ORDER FOR STAY
[Case No. 2:24-cv-01451-JHC] - 2

**ORDER**

The Court STAYS this case until April 25, 2025. If the parties have not filed a stipulated request for dismissal by that date, they must submit a joint status report by April 30, 2025.

Dated this 26th day of February, 2025.

John H. Chun
United States District Judge